UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.              Case No. 10-cr-100-01SM

John Mobley

O R D E R

The defendant John Mobley, through counsel, has moved to continue the trial scheduled for October 19, 2010 for a period of 30 days, citing the need for additional time to prepare his defense and to engage in negotiations with the government. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from October 19, 2010 to December 7, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The defendant shall file a waiver of speedy trial not later than October 4, 2010.

|  |  |
|---|---|
| Final Pretrial Conference: | November 23, 2010 at 3:00 PM |
| Jury Selection: | December 7, 2010 at 9:30 AM |

SO ORDERED.

September 28, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal